UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>DUKE UNIVERSITY,<br><br>                Defendant. | No. 1:20-cv-00414-WO-JEP<br><br>Judge William L. Osteen, Jr.<br><br>Magistrate Judge Joi Elizabeth Peake |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, John Doe, by and through his undersigned counsel, voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 14, 2020

Respectfully submitted,

By: */s/ J. Michael Malone*
J. Michael Malone (SBN 26512)
HENDREN, REDWINE & MALONE, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612
(919) 573-1423
mmalone@hendrenmalone.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
(708) 628-4949

dank@hbsslaw.com
whitneys@hbsslaw.com

-with-

Andrew S. Levetown
IVEY & LEVETOWN, LLP
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(703) 618-2264
asl@iveylevetown.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that he caused a true and correct copy of the foregoing to be filed electronically on the 14th day of July, 2020. Notice and a copy of this filing will be served upon all counsel of record by operation the Court's CM/ECF system.

By: */s/ J. Michael Malone*
J. Michael Malone